AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:23-mj-411 | Date and time warrant executed:<br>8/4/23  1030 | Copy of warrant and inventory left with:<br>left on desk on premises |
| Inventory made in the presence of :<br>ATF personnel | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached list- ATF E-form 3400.23

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  8/4/23

_____
Executing officer's signature

Special Agent Christine Gass
_____
Printed name and title

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page _1_ of _1_ | Case/Inspection Number | Case/Inspection Title | | Office |
|---|---|---|---|---|
| | 778015-23-0077 | Rare Breed Triggers, LLC | | Fargo Field Office |

| Taken from: *(name, title, address, if appropriate)* | Recipient: *(name, title, address, if appropriate)* |
|---|---|
| Rare Breed Triggers, LLC<br>3523 45th Street S, Suite 100, Unit 186, Fargo, North Dakota 58102 | |

| Location of Transfer or Seizure | Basis for Transfer or Seizure of Items:<br>**Search Warrant** |
|---|---|

| Amount or Quantity | Description of Item(s) |
|---|---|
| 5 | Brown cardboard boxes containing approximately 192 WOT per box |
| 2 | Mail envelopes from Cadence Bank for "Rare Breed Triggers LLC" |
| 2 | Mail envelopes from US Dept. of Commerce for "Rare Breed Triggers LLC Kevin C Maxwell MBR" |
| 1 | Fedex envelope containing (1) FRT-15 and packing slip |
| 7 | USPS Priority Mail return boxes containing (1) WOT per box |
| 1 | USPS Priority Mail return box containing (3) WOT |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | | | Date<br>8/4/23 |
|---|---|---|---|
| Transferred by: *(signature, if appropriate)* | Date | Witnessed by: *(signature)* | Date |

ATF E-Form 3400.23
Revised March 2005